AO 91 (Rev. 5/85) Criminal Complaint                ARRESTED                                    This form was electronically produced via OmniForm
YOUNG/09/07/2017
FILED

# United States District Court

SEP 11 2017

WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

**Nicholas MCDANIEL**

**CRIMINAL COMPLAINT**

CASE NUMBER: 7:17-MJ-298

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ~~June~~ *To September* 7, 2017 in **MIDLAND** county, in the **WESTERN** District of **TEXAS**, defendant(s) did, (Trace Statutory Language of Offense)

**did knowingly and intentionally possess firearms to wit: Glock 17 9mm (S/N-UXE947 Austria), which had been shipped and transported in interstate and foreign commerce after having previously been convicted of a felon offense of Unauthorized Use Of A Motor Vehicle - Felony - CR49651 on 08-03-2017 in the 238th District Court in Midland, Midland County Texas.**

in violation of Title __18__, United States Code, Section(s) **922 (g)(1)**.

I further state that I am a(n) **Task Force Officer** and that this complaint is based on the following facts:
Official Title

**SEE ATTACHMENT**

Continued on the attached Sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn before me and subscribed in my presence,

September 11, 2017                                    at    **Midland Texas**
Date                                                        City and State

**U.S. MAGISTRATE JUDGE DAVID COUNTS**         _____
Name and Title of Judicial Officer                       Signature of Judicial Officer

## AFFIDAVIT

I, James Dolan, a Detective with the Midland Texas Police Department, currently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer (TFO), being duly sworn state:

1. I have successfully completed extensive training emphasizing narcotics investigation and law enforcement. I have been employed by the Midland Texas Police Department as a police officer and detective for approximately 13 years and have participated in numerous narcotics investigations involving firearms violations. I have also attended courses based on investigating Narco-Terrorism and interdiction. In addition, I have operated in an undercover capacity during investigations where narcotics were purchased.

2. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, and detectives of the Midland Police Department. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause. Based on the facts cited in the body of this affidavit, I believe that probable cause exists that **Nicholas MCDANIEL** who having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense of Unauthorized Use Of A Motor Vehicle - Felony – CR49651 on 08-03-2017 in the 238th District Court in Midland, Midland County Texas, did knowingly and intentionally possess firearm, to wit: a Glock 17 9mm (S/N-UXE947 manufactured in Austria), which had been shipped and

1

transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

3. On Tuesday, September 05, 2017 Agents with the DEA MRO and Detectives with the Midland Police Department recovered a Glock 17 9mm (S/N-UXE947) that was later reported stolen in a Burglary of a Vehicle report. During the investigation Agents and Detectives developed a person of interest, who was identified as Nicholas MCDANIEL.

4. On Thursday September 7, 2017 Detective Johnson with the Midland Police Department located MCDANIEL at the Midland Park Mall located 4511 N. Midkiff. MCDANIEL was later transported to the Midland Police Department where an interview was conducted. Prior to the interview TFO Russell read MCDANIEL his *Miranda* warning, which he advised he understood. MCDANIEL stated that a friend of his named "D" had come over to his residence (MCDANIEL's) located at 1412 E. Chestnut in Midland, Texas with two guns, one being the particular firearm that DEA and MPD had recovered. MCDANIEL stated that when "D" brought the guns to his residence, he (MCDANIEL) took pictures of him holding the firearm and later posted them on the internet.

5. A computerized criminal (CCH) check was later conducted on MCDANIEL, which showed he was convicted of a felony offense Unauthorized Use Of A Motor Vehicle - Felony – CR49651 on 08-03-2017 in the 238th District Court in Midland, Midland County Texas, which prohibited him from possessing firearms. Additionally, it was confirmed that Glock 17 9mm (S/N-UXE947) recovered from MCDANIEL's vehicle was manufactured in Austria and therefore had traveled in interstate commerce prior to being recovered in Midland, Texas. The firearm was logged into evidence at the Midland Police Department.

_____  
James Dolan  
Task Force Officer  
Drug Enforcement Administration

Sworn to and subscribed before me in my presence.

_____  
David Counts  
United States Magistrate Judge

Date  9/11/17

Date  9/11/17