UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **United States of America** § § | |
| vs. § § | Cr. No. MO:17-M -00298(1) |
| **(1) Nicholas McDaniel** § | |
| *Defendant* | |

# ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, **LUKE GARRETT** is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SIGNED on 11th day of September, 2017.

_____
DAVID COUNTS
U.S. MAGISTRATE JUDGE

(rev. 1/97)