# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **United States of America** § § | |
| vs. § § | NO:   MO:17-M -00298(1) |
| **(1) Nicholas McDaniel** § *Defendant* | |

## ORDER SETTING PRELIMINARY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for PRELIMINARY / DETENTION HEARING, in the Midland Magistrate Courtroom, 200 E. Wall, MIDLAND-ODESSA, Texas, on September 25, 2017 at 10:15 AM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he shall be present.

IT IS SO ORDERED on 11th day of September, 2017.

_____
DAVID COUNTS
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **United States of America** § § | |
| vs.  § § | NO:   MO:17-M -00298(1) |
| **(1) Nicholas McDaniel** § | |
| *Defendant* | |

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
**(Rule 5 or 32.1, Fed. R. Crim. P .)**

I, **(1) Nicholas McDaniel**, charged in a (complaint) (petition) pending in this District with **FELON IN POSSESSION OF A FIREARM** in violation of **TITLE 18 USC 922**, and having appeared before this Court and been advised of my rights as required by Rule *5* or Rule 32.1, Fed. R.Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_____         _____
Date                                                      Counsel for Defendant