UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
SEP 25 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| **United States of America** | § § | |
| vs. | § § | NO: MO:17-M-00298(1) |
| **(1) Nicholas McDaniel** | § § | |
| *Defendant* | | |

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

I, **(1) Nicholas McDaniel**, charged in a (complaint) (petition) pending in this District with **FELON IN POSSESSION OF A FIREARM** in violation of **TITLE 18 USC 922**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R.Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

*Nicholas McDaniel*
Defendant

SEPTEMBER 25, 2017
Date

_____
Counsel for Defendant