# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

**FILED**
SEP 25 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY 

| | |
|---|---|
| **United States of America** § § | |
| vs. § § § | Case Number: MO:17-M-00298(1) |
| **(1) Nicholas McDaniel** *Defendant* | |

## WAIVER OF DETENTION HEARING WITH RESERVATION OF RIGHTS

I, **(1) Nicholas McDaniel,** the Defendant am charged by Complaint/Information/Indictment with a violation of **TITLE 18 USC 922 FELON IN POSSESSION OF A FIREARM** in the Western District of Texas. Having appeared before this Court and having been advised of my rights as required by the Federal Rules of Criminal Procedure, I acknowledge that I have a right to a hearing to determine if conditions of release may be established in this cause.

On __9-25-17__, I informed the Court that there was no need to have a bond/detention hearing, and I would not contest the Government's Motion to Detain at this time, but reserve the right to have such a hearing at a later date. After consultation with my attorney, I have determined that I wish to waive my right to a bond/detention hearing to establish potential conditions of release, with the understanding that I reserve the right to request a hearing for conditions to be set at a later time.

Signed this __25th__ day of __SEPTEMBER__, 20 __17__.

_Nicholas McDaniel_
**Defendant**

_____
**Attorney for Defendant**